UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$1,296,912.00 IN BANK FUNDS IN CATHAY BANK ACCOUNT '0462, $157,109.50 IN BANK FUNDS IN BANK OF AMERICA ACCOUNT '0195, AND $60,656.47 IN BANK FUNDS IN FLAGSTAR BANK ACCOUNT '7452,<br><br>    Defendants. | Case No. 2:24-cv-07169-MWC-JC<br><br>CONSENT JUDGMENT OF FORFEITURE (DKT. 71)<br><br>JS-6 |
| MARIAM AZMI, ELMER G. WORTHLEY, GLENDA WORTHLEY, GURINDER S. DHINDSA, KEVIN SEEMILLER, JIAN MIN HUANG, JANEJIRA TANSUWAN, THE TANSUWAN FAMILY TRUST, BHAVINI S. DONEPUDI,<br><br>    Claimants. | |

    Plaintiff, the United States of America (the "government") and Mariam Azmi, Elmer G. Worthley, Glenda Worthley, Gurinder S. Dhindsa, Kevin Seemiller, Jian Min Huang, Janejira Tansuwan, The Tansuwan Family Trust, and Bhavani S. Donepudi (collectively, the "Claimants"), by and through their respective counsel of record, have

stipulated and requested that the Court enter this consent judgment to carry into effect the terms of the stipulation as to the below identified defendants in this action (the "Defendant Funds"), which is dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C).

3. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimants, no other claims have been filed, and the time for filing claims has expired.

4. A portion of the Defendant Funds should be returned to Claimants as follows:

    a. $39,163.00 of the Defendant Funds, without interest, shall be returned to Claimant Mariam Azmi;

    b. $7,788.09 of the Defendant Funds, without interest, shall be returned to Claimant Gurinder S. Dhindsa;

    c. $12,955.52 of the Defendant Funds, without interest, shall be returned to Claimant Bhavani S. Donepudi;

    d. $16,412.98 of the Defendant Funds, without interest, shall be returned to Claimant Jian Min Huang;

    e. $19,581.50 of the Defendant Funds, without interest,

1  shall be returned to Claimant Kevin Seemiller;
2         f. $344,954.74 of the Defendant Funds, without interest,
3  shall be returned to Claimant The Tansuwan Family Trust on behalf of
4  both Claimant The Tansuwan Family Trust and Claimant Janejira
5  Tansuwan; and
6         g. $631,532.52 of the Defendant Funds, without interest,
7  shall be returned to Claimants Glenda and Elmer G. Worthley.
8     5.   The government shall have judgment as to the remaining
9  $442,289.62 of the Defendant Funds plus all interest earned on the
10 Defendant Funds since seizure.
11    6.   Any other unknown potential claimants to the Defendant
12 Funds are deemed to have admitted the allegations of the Complaint.
13    7.   Upon request from the government, the Claimants, through
14 their respective counsel, shall provide any necessary information to
15 the government in order to complete the transfer of the Defendant
16 Funds to Claimants as described herein.
17    8.   This Court shall retain jurisdiction in order to enforce
18 this Order.
19 //

9. Each of the parties shall bear its own fees and costs incurred in connection with the Defendant Funds.

IT IS SO ORDERED.

Dated: June 10, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

Presented by:

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture and Recovery Section

*/s/ Ryan Waters*
_____
RYAN WATERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA